JS - 6

FILED: 5/22/13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA PARRILLA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>COTY LLP<br><br>　　　　　　Defendant. | **CASE NO. CV 12-4592  GHK (JCx)**<br><br>**ORDER OF DISMISSAL** |

　　The Court having been advised by counsel for the parties that the above-entitled action has been settled,

　　**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if  settlement is not consummated.

DATED:   5/21/13

　　　　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF U. S. DISTRICT JUDGE